UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDUARDO MAGALLON,<br><br>        Plaintiff,<br><br>  v.<br><br>VENTURA COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>        Defendants. | No. CV 11-07053-CAS (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE COMPLAINT |

      Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

      **IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, and (2) directing that Judgment be entered dismissing the Complaint, and the action, without prejudice.

DATED: January 10, 2012

                                            /s/ Christina A. Snyder<br>
                                            CHRISTINA A. SNYDER<br>
                                            UNITED STATES DISTRICT JUDGE