JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDUARDO MAGALLON, | ) No. CV 11-07053-CAS (VBK) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| VENTURA COUNTY SHERIFF'S DEPARTMENT, et al., | ) |
| Defendants. | ) |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action without prejudice.

DATED: January 10, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE